**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, and, MYRA LISA DAVIS, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>      Defendants. | Case No. 08-cv-2222 KHV/DJW |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2011, a true and correct copy of Plaintiffs' **Notice of Supplemental Authority** to Plaintiffs' Memorandum in Opposition to Motion to Compel Responses to Second Set of Interrogatories and Second Set of Requests for Production of Documents (ECF No. 174), was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys:

| | |
|---|---|
| J. Timothy McDonald<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmcdonald@rh-law.com | Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com |
| Christopher Willis<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>ewillis@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |

| | |
|---|---|
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |

Dated: October 12, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS