IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
-------------------------------- X
RICK HARLOW, JON                 :
SCHOEPFLIN, MYRA LISA            :
DAVIS, and JIM KOVAL,            :
individually and on behalf of    :
a class of others similarly situated, :
                                 :
              Plaintiffs,        :
                                 :
         v.                      :
                                 :  Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,       :
a Kansas corporation,            :
                                 :
and                              :
                                 :
SPRINT/UNITED MANAGEMENT         :
COMPANY, a Kansas corporation,   :
                                 :
              Defendants.        :
-------------------------------- X
```

### AMENDED MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Nicole A. Eichberger be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court. I have also verified that the information contained in the affidavit is true and accurate.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion and a completed Attorney Electronic Filing Registration Form. A proposed order granting this motion will be electronically forwarded to chambers.

Respectfully submitted this 13th day of October, 2011.

>/s/ Michael L. Blumenthal
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No. 18582
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Tel: 816-756-0700
>Fax: 816-756-3700
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2011, the foregoing **Motion for Leave to Appear Pro Hac Vice** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402

> Respectfully submitted,
>
> */s/ Michael L. Blumenthal*
> Michael L. Blumenthal
> Kansas Bar No. 18582
> SEYFERTH, BLUMENTHAL & HARRIS LLC
> 300 Wyandotte Street, Suite 430
> Kansas City, Missouri 64105
> Telephone: 816-756-0700
> Facsimile:  816-756-3700
> E-mail:  mike@sbhlaw.com