## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---------------------------------- X
RICK HARLOW, JON : 
SCHOEPFLIN, MYRA LISA :
DAVIS, and JIM KOVAL, :
individually and on behalf of :
a class of others similarly situated, :
 :
               Plaintiffs, :
 :
       v. :
 : Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION, :
a Kansas corporation, :
 :
and :
 :
SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation, :
 :
               Defendants. :
---------------------------------- X

### NOTICE OF DEPOSITION OF JON SCHOEPFLIN

      PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Sprint Nextel Corporation and Sprint/United Management Company, by and through their attorneys, Proskauer Rose LLP, will take the deposition upon oral examination of Plaintiff Jon Schoepflin on May 1, 2012 beginning at 9:00 a.m. and continuing from day-to-day until completed.  The deposition will take place at the offices of Hunton & Williams LLP, Bank of America Center, Suite 4200, 700 Louisiana Street, Houston, TX 77002.

      The deposition will be taken before an officer authorized to administer oaths.  The deposition will be recorded by stenographic means and may also be recorded by sound and visual (videotape) means.  The deposition will be taken for the purpose of discovery, for use as

evidence at trial, and for all other purposes and uses authorized by law.  The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This 12th day of April, 2012.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No.18582
>300 Wyandotte Street, Suite 430
>Kansas City, MO 64105
>Tel: 816-756-0700
>Fax:  816-756-3700
>
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, NY 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2012, the foregoing **Notice of Deposition of Jon Schoepflin** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

>> Respectfully submitted,
>>
>> */s/ Michael L. Blumenthal*
>> Michael L. Blumenthal
>> Kansas Bar No. 18582
>> SEYFERTH, BLUMENTHAL & HARRIS LLC
>> 300 Wyandotte Street, Suite 430
>> Kansas City, Missouri 64105
>> Telephone: 816-756-0700
>> Facsimile:  816-756-3700
>> E-mail:  mike@sbhlaw.com