IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL, individually and on behalf of a class of others similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : Case No. 02:08-CV-02222-KHV/DJW |
| SPRINT NEXTEL CORPORATION, a Kansas corporation, | : : : |
| and | : : |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | : : : |
| Defendants. | : |

## FIRST AMENDED NOTICE OF DEPOSITION OF NISHARNA JACKSON

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Sprint Nextel Corporation and Sprint/United Management Company, by and through their attorneys, Proskauer Rose LLP, will take the deposition upon oral examination of Declarant Nisharna Jackson on August 2, 2012 beginning at 9:00 a.m. and continuing from day-to-day until completed.  The deposition will take place at the offices of Hunton & Williams LLP, Bank of America Plaza, Suite 3500, 101 South Tryon Street, Charlotte, NC  28280.

The deposition will be taken before an officer authorized to administer oaths.  The deposition will be recorded by stenographic means and may also be recorded by sound and visual (videotape) means.  The deposition will be taken for the purpose of discovery, for use as

Case 2:08-cv-02222-KHV-DJW   Document 203   Filed 07/19/12   Page 2 of 3

evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to her deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This 19th day of July, 2012.

>  /s/ Michael L. Blumenthal
> **SEYFERTH, BLUMENTHAL & HARRIS LLC**
> Michael L. Blumenthal
> KS Bar No.18582
> 300 Wyandotte Street, Suite 430
> Kansas City, MO 64105
> Tel: 816-756-0700
> Fax:  816-756-3700
>
>
> /s/ Elise M. Bloom
> **PROSKAUER ROSE LLP**
> Elise M. Bloom*
> Eleven Times Square
> New York, NY 10036
> Tel: 212-969-3410
> Fax: 212-969-2900
> (*Admitted *Pro Hac Vice*)
>
> *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2012, the foregoing **First Amended Notice of Deposition of Nisharna Jackson** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com