**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated,

Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,

Defendants.

Case No. 2:08-cv-2222 KHV/DJW

**PLAINTIFFS' NOTICE OF WITHDRAWAL FILING FOR CLASS MEMBER NISHARNA JACKSON**

PLEASE TAKE NOTICE, that Plaintiffs hereby file the attached Withdrawal Form for the following class member:

**Nisharna** **Jackson**

Dated: August 22, 2012

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No.78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, true and correct copies of **Plaintiffs' Notice of Withdrawal Filing For Class Member Nisharna Jackson** was was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: August 22, 2012

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz