REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL, individually and on behalf of a class of others similarly situated,

Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,

Defendants.

Case No. 08-CV-2222-KHV/DJW

## WITHDRAWAL FORM FOR CLASS MEMBER NISHARNA JACKSON

The undersigned has read the Notice of Class Action dated March 13, 2009, and states that she does not want to remain a member of the class certified in Harlow v. Sprint Nextel Corporation, No. 08-CV-2222, currently pending in the U.S. District Court for the District of Kansas. The undersigned hereby has decided to withdraw her claims with prejudice following being noticed for deposition.

The undersigned understands that, by completing this form, she will not participate in any trial, will not testify at any trial, and will not share in any judgment that is obtained for the class. The undersigned understands that a statute of limitations applies and that as a result of withdrawing from this lawsuit, the statute of limitations, which was tolled upon the filing of the Complaint, will begin to run again upon her withdrawal.

REDACTED

Signature: _Nisharna Jackson_

Date: 8/24/2012

REDACTED

2                                         1