# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>             Defendants. | Case No. 2:08-cv-2222 KHV/DJW |

## CERTIFICATE OF SERVICE OF CLASS MEMBER'S DISCOVERY RESPONSES

I hereby certify that on August 23, 2012, true and correct copies of the following documents:

- Class Member Oscar Neri's Answers to Defendants' First Request for Production of Documents (H-NKA0102531-2535); and
- Class Member Oscar Neri's Answers to Defendants' First Interrogatories (H-NKA0102536-2541)

were served via email and that this certificate of service was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |

<table>
<tr><td>

Steven D. Hurd  
Jacqueline M. Dorn  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
jdorn@proskauer.com  
shurd@proskauer.com  

Nicole A. Eichberger  
Proskauer Rose LLP  
650 Poydras Street, Suite 1800  
New Orleans, Louisiana 70130  
neichberger@proskauer.com  

</td><td>

Elise M. Bloom  
Gregory Rasin  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
ebloom@proskauer.com  
grasin@proskauer.com  

Michael L. Blumenthal  
Seyferth, Blumenthal & Harris LLC  
300 Wyandotte, Suite 430  
Kansas City, Missouri 64104  
mike@sbhlaw.com  

</td></tr>
</table>

Dated: August 23, 2012

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101


**NICHOLS KASTER, PLLP**
*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
Rebekah L. Bailey, MN Bar No. 0389599**
Email: bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*
***pro hac vice* admission pending

ATTORNEYS FOR PLAINTIFFS

2