**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 2:08-cv-2222 KHV/DJW |
| SPRINT NEXTEL CORPORATION, a Kansas corporation, | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF DONALD H. NICHOLS AND CHARLES G. FROHMAN**

Donald H. Nichols and Charles G. Frohman respectfully request that their pro hac vice appearances as counsel of record for Plaintiffs in the above-captioned matter be withdrawn. Plaintiffs will continue to be represented in this matter by the remaining counsel of record, Ashlea G. Schwarz, George A. Hanson, and Lee R. Anderson of Stueve Siegel Hanson, LLP, and Michele R. Fisher, Paul J. Lukas, and Rebekah L. Bailey of Nichols Kaster, PLLP. Therefore, pursuant to Local Rules 83.5.5(b), the withdrawal of Mr. Nichols and Mr. Frohman does not require an order from the Court.

The instant Notice of Withdrawal of Appearance of Donald H. Nichols and Charles G. Frohman will be served on the class representatives and all counsel of record in this matter in accordance with the Local Rules.

Respectfully submitted this 10th day of September, 2012.

*/s/Donald H. Nichols*
Donald H. Nichols

*/s/Charles G. Frohman*
Charles G. Frohman


**STUEVE SIEGEL HANSON LLP**

*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: September 10, 2012            */s/ Ashlea G. Schwarz*
                                     Counsel for Plaintiffs