## THE UNITED STATES DISTRICT COURT
## IN FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SPRINT NEXTEL CORPORATION, a Kansas corporation, and SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 2:08-CV-2222 KHV/DJW

### NOTICE OF WITHDRAWAL OF APPEARANCE

Attorney Hunter R. Hughes, III hereby withdraws as counsel of record for Defendants Sprint Nextel Corporation and Sprint/United Management Company pursuant to D. Kan. 83.5.5(b). Said party/parties will continue to be represented by Attorneys Michael L. Blumenthal of Seyferth Blumenthal & Harris LLC and by Elise M. Bloom, Gregory I. Rasin, Jacqueline M. Dorn, Steven D. Hurd, and Nicole A. Eichberger of Proskauer Rose LLP. In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, Susan Z. Haller, Esq., Attorney/Labor & Employment, Sprint Corporation, 6450 Sprint Parkway, Mailstop: KSOPHNO304, Overland Park, Kansas, 66251.

2

Respectfully submitted this 29th day of October, 2012.

        */s/Hunter R. Hughes, III*
        Hunter R. Hughes, III
        ROGERS & HARDIN LLP
        2700 International Tower, Peachtree Center
        229 Peachtree Street, N.E.
        Atlanta, Georgia  30303
        Tel.:  (404) 522-4700
        Fax:  (404) 525-2224
        Email:  hhughes@rh-law.com

        /s/ *Michael L. Blumenthal*
        Michael L. Blumenthal, KS Bar No. 18582
        SEYFERTH, BLUMENTHAL &
          HARRIS LLC
        300 Wyandotte, Suite 430
        Kansas City, Missouri  64105
        Tel:  (816) 756-0700
        Fax:  (816) 756-3700
        Email:  mike@sbhlaw.com

        ***Attorneys for Defendants***
        ***Sprint Nextel Corporation and***
        ***Sprint/United Management Company***

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of October, 2012, I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

>George A. Hanson
>Ashlea G. Schwarz
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, Missouri  64112
>hanson@stuevesiegel.com
>schwarz@stuevesiegel.com

>Rebekah L. Bailey
>Michele R. Fisher
>Paul J. Lukas
>Nichols Kaster, PLLP
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota  55402
>bailey@nka.com
>fisher@nka.com
>lukas@nka.com

>Elise M. Bloom
>Jacqueline M. Dorn
>Nicole A. Eichberger
>Steve D. Hurd
>Gregory I. Rasin
>Proskaeur Rose LLP
>11 Times Square
>New York, New York  10036-8299
>ebloom@proskauer.com
>jdorn@proskauer.com
>neichberger@proskauer.com
>shurd@proskauer.com
>grasin@proskauer.com

I also mailed a copy or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2)] to:

>Susan Z. Haller, Esq.
>Attorney/Labor & Employment
>Sprint Corporation
>6450 Sprint Parkway, Mailstop: KSOPHNO304
>Overland Park, KS 66251

This 29th day of October, 2012.

>/s/ *Michael L. Blumenthal*
>Michael L. Blumenthal, KS Bar No. 18582
>SEYFERTH, BLUMENTHAL &
>  HARRIS LLC
>300 Wyandotte, Suite 430
>Kansas City, Missouri  64105
>Tel:  (816) 756-070
>Fax:  (816) 756-3700
>Email:  mike@sbhlaw.com