IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br><br>SPRINT NEXTEL CORPORATION,<br>a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>     Defendants. | **Case No.:2:08-cv-2222** |

## PLAINTIFFS' NOTICE OF DEPOSITION OF D'ANN WOODWARD

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of D'Ann Woodward on Monday, January 14, 2013, commencing at 9:00 AM at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221.

PLEASE TAKE FURTHER NOTICE that Ms. Woodward's deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to her deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated:  November 29, 2012                     **STUEVE SIEGEL HANSON LLP**

<p style="margin-left: 40%"><u>/s/Ashlea G. Schwarz</u><br>
Ashlea G. Schwarz, KS Bar No. 23491<br>
ashlea@stuevesiegel.com<br>
George A. Hanson, KS Bar No. 16805<br>
hanson@stuevesiegel.com<br>
Lee R. Anderson, KS Bar No. 22755<br>
anderson@stuevesiegel.com<br>
460 Nichols Road, Suite 200<br>
Kansas City, Missouri 64112<br>
Tel: (816) 714-7100<br>
Fax: (816) 714-7101</p>

**NICHOLS KASTER, PLLP**

<u>/s/Michele R. Fisher</u>
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | |

Dated: November 29, 2012          */s/Ashlea Schwarz*
                       Attorney for Plaintiffs