## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RICK HARLOW, JON
SCHOEPFLIN, MYRA LISA
DAVIS, and JIM KOVAL,
individually and on behalf of
a class of others similarly situated,

                 Plaintiffs,

         v.

                         Case No. 02:08-CV-02222-KHV/DJW

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of December, 2012, I served via electronic mail a true and correct copy of the following documents:

      1.      Defendants' Objections and Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

      2.      Defendants' Objections and Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Rebekah L. Bailey
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> lukas@nka.com
> fisher@nka.com
> bailey@nka.com

Respectfully submitted this 14th day of December, 2012.

> */s/ Michael L. Blumenthal*
> **SEYFERTH, BLUMENTHAL &
> HARRIS LLC**
> Michael L. Blumenthal
> Kansas Bar No. 18582
> 300 Wyandotte Street, Suite 430
> Kansas City, Missouri 64105
> Tel: 816-756-0700
> Fax: 816-756-3700

_/s/ Elise M. Bloom_

**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted _Pro Hac Vice_)

_Attorneys for Defendants_

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 14th day of December, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
Ashlea G. Schwarz
Lee R. Anderson
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com
ashlea@stuevesiegel.com
anderson@stuevesiegel.com

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
fisher@nka.com
bailey@nka.com

Respectfully submitted,

<u>*/s/ Michael L. Blumenthal*</u>
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS LLC
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Telephone: 816-756-0700
Facsimile: 816-756-3700
E-mail: mike@sbhlaw.com