IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---------------------------------- X
RICK HARLOW, JON :
SCHOEPFLIN, MYRA LISA :
DAVIS, and JIM KOVAL, :
individually and on behalf of :
a class of others similarly situated, :
 :
         Plaintiffs, :
 :
         v. :
 : Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION, :
a Kansas corporation, :
 :
and :
 :
SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation, :
 :
         Defendants. :
---------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Second Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III,

2. Defendants' Objections and Second Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III.

1

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

Respectfully submitted this 2nd day of January, 2013.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No.18582
>300 Wyandotte Street, Suite 430
>Kansas City, MO 64105
>Tel: 816-756-0700
>Fax: 816-756-3700
>
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, NY 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com