## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br><br>SPRINT NEXTEL CORPORATION,<br>a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>               Defendants. | **Case No.:2:08-cv-2222** |

### **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF VENU MULUKA**

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Venu Muluka on Friday, January 18, 2013, commencing at 9:00 AM at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221.

PLEASE TAKE FURTHER NOTICE that Mr. Muluka's deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated:  January 9, 2013

**STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101


**NICHOLS KASTER, PLLP**

*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 0389599*
Email: bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
(*admitted *pro hac vice*)

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

*/s/ Ashlea Schwarz*
Attorney for Plaintiffs