### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

```
------------------------------- X
RICK HARLOW, JON                :
SCHOEPFLIN, MYRA LISA           :
DAVIS, and JIM KOVAL,           :
individually and on behalf of   :
a class of others similarly situated, :
                                :
              Plaintiffs,       :
                                :
       v.                       :
                                :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,      :
a Kansas corporation,           :
                                :
and                             :
                                :
SPRINT/UNITED MANAGEMENT        :
COMPANY, a Kansas corporation,  :
                                :
              Defendants.       :
------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2013, I served via electronic mail a true and correct copy of the following documents:

1.    Defendants' Objections and Responses to Plaintiffs' Request for Production to Defendants, Set IV;

2.    Defendants' Objections and Answers to Plaintiffs' Interrogatories to Defendants, Set IV;

3.    Defendants' Objections and Answers to Plaintiffs' Requests for Admissions to Defendants, Set III; and

    4.    Defendants' Objections and Responses to Plaintiffs' Request for Production to Defendants, Set V;

upon the following attorneys of record:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Rebekah L. Bailey
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> lukas@nka.com
> fisher@nka.com
> bailey@nka.com

Respectfully submitted this 25th day of January, 2013.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
Kansas Bar No. 18582
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Tel: 816-756-0700
Fax: 816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

        Stueve Siegel Hanson LLP
        Ashlea G. Schwarz
        Lee R. Anderson
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com
        ashlea@stuevesiegel.com
        anderson@stuevesiegel.com

        Nichols Kaster, PLLP
        Rebekah L. Bailey
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        lukas@nka.com
        fisher@nka.com
        bailey@nka.com

        Respectfully submitted,

        */s/ Michael L. Blumenthal*
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Telephone: 816-756-0700
        Facsimile: 816-756-3700
        E-mail:  mike@sbhlaw.com