**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, MYRA LISA DAVIS, and JIM KOVAL individually and on behalf of a class of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>     Defendants. | Case No. 2:08-cv-2222 KHV/DJW |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, true and correct copies of the following:

- **Class Member Angela Johnson's Answers to Defendant Sprint United Management Company's First Interrogatories (H-NKA0360564-569)** and
- **Class Member Angela Johnson's Answers to Defendants' First Request for Production of Documents (H-NKA0360570-574).**

were served via email and that this certificate of service was electronically filed with the Clerk of Court using the CM/ECF system on January 29, 2013, which will automatically send an email notification to the following attorneys of record:

 Gregory I. Rasin             Jaqueline M. Dorn
 Proskauer Rose LLP           Proskauer Rose LLP
 11 Times Square,             1585 Broadway, Suite 2000
 New York, New York 10036-8299      New York, New York 10036-8299
 212-969-3940               212-969-2900
 Fax: 212-969-2900            Fax: 212-969-2900
 Email: grasin@proskauer.com        Email: jdorn@proskauer.com

| | |
|---|---|
| Steven D. Hurd | Elise M. Bloom |
| Jacqueline M. Dorn | Gregory Rasin |
| Proskauer Rose LLP | Proskauer Rose LLP |
| Eleven Times Square | Eleven Times Square |
| New York, New York 10036-8299 | New York, New York 10036-8299 |
| jdorn@proskauer.com | ebloom@proskauer.com |
| shurd@proskauer.com | grasin@proskauer.com |
| | |
| Nicole A. Eichberger | Michael L. Blumenthal |
| Proskauer Rose LLP | Seyferth, Blumenthal & Harris LLC |
| 650 Poydras Street, Suite 1800 | 300 Wyandotte, Suite 430 |
| New Orleans, Louisiana 70130 | Kansas City, Missouri 64104 |
| neichberger@proskauer.com | mike@sbhlaw.com |

Dated: January 29, 2013

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101


**NICHOLS KASTER, PLLP**
*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 0389599*
Email: bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS