## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
------------------------------- X
RICK HARLOW, JON                :
SCHOEPFLIN, MYRA LISA           :
DAVIS, and JIM KOVAL,           :
individually and on behalf of   :
a class of others similarly situated, :
                                :
              Plaintiffs,       :
                                :
       v.                       :
                                :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,      :
a Kansas corporation,           :
                                :
and                             :
                                :
SPRINT/UNITED MANAGEMENT        :
COMPANY, a Kansas corporation,  :
                                :
              Defendants.       :
------------------------------- X
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2013, I served via electronic mail a true and correct copy of the following documents:

    1.    Defendants' Objections and Third Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

    2.    Defendants' Objections and Third Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 12th day of February, 2013.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL &**
>**HARRIS LLC**
>Michael L. Blumenthal
>Kansas Bar No. 18582
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Tel: 816-756-0700
>Fax: 816-756-3700

<u>*/s/ Elise M. Bloom*</u>
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Rebekah L. Bailey
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> lukas@nka.com
> fisher@nka.com
> bailey@nka.com

> Respectfully submitted,
>
> */s/ Michael L. Blumenthal*
> Michael L. Blumenthal
> Kansas Bar No. 18582
> SEYFERTH, BLUMENTHAL & HARRIS LLC
> 300 Wyandotte Street, Suite 430
> Kansas City, Missouri 64105
> Telephone: 816-756-0700
> Facsimile: 816-756-3700
> E-mail:  mike@sbhlaw.com