**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
RICK HARLOW, JON                            :
SCHOEPFLIN, MYRA LISA                       :
DAVIS, and JIM KOVAL,                       :
individually and on behalf of               :
a class of others similarly situated,       :
                                            :
            Plaintiffs,                     :
                                            :
       v.                                   :
                                            :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,                  :
a Kansas corporation,                       :
                                            :
and                                         :
                                            :
SPRINT/UNITED MANAGEMENT                    :
COMPANY, a Kansas corporation,              :
                                            :
            Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2013, I served via electronic mail a true and correct copy of the following document:

1. Defendants' Objections and Supplemental Answers to Plaintiffs' Requests for Admissions to Defendants, Set III;

upon the following attorneys of record:

    Stueve Siegel Hanson LLP
    Ashlea G. Schwarz
    Lee R. Anderson
    George A. Hanson
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    hanson@stuevesiegel.com
    ashlea@stuevesiegel.com
    anderson@stuevesiegel.com

    Nichols Kaster, PLLP
    Rebekah L. Bailey
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402
    lukas@nka.com
    fisher@nka.com
    bailey@nka.com

Respectfully submitted this 13th day of February, 2013.

        */s/ Michael L. Blumenthal*
        **SEYFERTH, BLUMENTHAL &**
        **HARRIS LLC**
        Michael L. Blumenthal
        Kansas Bar No. 18582
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Tel: 816-756-0700
        Fax: 816-756-3700

<u>*/s/ Elise M. Bloom*</u>
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail:  mike@sbhlaw.com