# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
RICK HARLOW, JON                       :
SCHOEPFLIN, MYRA LISA                  :
DAVIS, and JIM KOVAL,                  :
individually and on behalf of          :
a class of others similarly situated,  :
                                       :
              Plaintiffs,              :
                                       :
       v.                              :
                                       :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,             :
a Kansas corporation,                  :
                                       :
and                                    :
                                       :
SPRINT/UNITED MANAGEMENT               :
COMPANY, a Kansas corporation,         :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Fourth Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

2. Defendants' Objections and Fourth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 14th day of March, 2013.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>Kansas Bar No. 18582
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Tel: 816-756-0700
>Fax: 816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail:  mike@sbhlaw.com