**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

```
---------------------------------  X
RICK HARLOW, JON                   :
SCHOEPFLIN, MYRA LISA              :
DAVIS, and JIM KOVAL,              :
individually and on behalf of      :
a class of others similarly situated, :
                                   :
           Plaintiffs,             :
                                   :
      v.                           :
                                   :  Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,         :
a Kansas corporation,              :
                                   :
and                                :
                                   :
SPRINT/UNITED MANAGEMENT           :
COMPANY, a Kansas corporation,     :
                                   :
           Defendants.             :
---------------------------------  X
```

## ENTRY OF APPEARANCE

Gregory T. Wolf of the law firm of Dentons US LLP enters his appearance in this matter on behalf of all Defendants.

Respectfully submitted,            DENTONS US LLP


                                   By: */s/ Gregory T. Wolf*_____
                                   Gregory T. Wolf, (17372)
                                   Adam T. Pankratz (22613)
                                   4520 Main Street, Suite 1100
                                   Kansas City, MO 64111
                                   Telephone: 816-460-2400
                                   Facsimile: 816-531-7545
                                   Email: gregory.wolf@dentons.com
                                   Email: adam.pankratz@dentons.com

        */s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
Ashlea G. Schwarz
Lee R. Anderson
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com
ashlea@stuevesiegel.com
anderson@stuevesiegel.com

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
fisher@nka.com
bailey@nka.com

Respectfully submitted,

*/s/ Gregory T. Wolf*
**ATTORNEYS FOR DEFENDANTS**