## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
----------------------------------- X
RICK HARLOW, JON                    :
SCHOEPFLIN, MYRA LISA               :
DAVIS, and JIM KOVAL,               :
individually and on behalf of       :
a class of others similarly situated,:
                                    :
              Plaintiffs,           :
                                    :
         v.                         :
                                    :  Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,          :
a Kansas corporation,               :
                                    :
and                                 :
                                    :
SPRINT/UNITED MANAGEMENT            :
COMPANY, a Kansas corporation,      :
                                    :
              Defendants.           :
----------------------------------- X
```

## ENTRY OF APPEARANCE

Adam T. Pankratz of the law firm of Dentons US LLP enters his appearance in this matter on behalf of all Defendants.

Respectfully submitted,    DENTONS US LLP

By: */s/ Adam T. Pankratz*_____
Gregory T. Wolf, (17372)
Adam T. Pankratz (22613)
4520 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: 816-460-2400
Facsimile: 816-531-7545
Email: gregory.wolf@dentons.com
Email: adam.pankratz@dentons.com

          */s/ Elise M. Bloom*
          **PROSKAUER ROSE LLP**
          Elise M. Bloom*
          Eleven Times Square
          New York, New York 10036
          Tel: 212-969-3410
          Fax: 212-969-2900
          (*Admitted *Pro Hac Vice*)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Stueve Siegel Hanson LLP
    Ashlea G. Schwarz
    Lee R. Anderson
    George A. Hanson
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    hanson@stuevesiegel.com
    ashlea@stuevesiegel.com
    anderson@stuevesiegel.com

    Nichols Kaster, PLLP
    Rebekah L. Bailey
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402
    lukas@nka.com
    fisher@nka.com
    bailey@nka.com

          Respectfully submitted,

          */s/ Adam T. Pankartz*
          **ATTORNEYS FOR DEFENDANTS**