**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---------------------------------- X
RICK HARLOW, JON                  :
SCHOEPFLIN, MYRA LISA             :
DAVIS, and JIM KOVAL,             :
individually and on behalf of     :
a class of others similarly situated, :
                                  :
        Plaintiffs,             :
                                  :
        v.                      :
                                : Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,        :
a Kansas corporation,             :
                                  :
and                               :
                                  :
SPRINT/UNITED MANAGEMENT          :
COMPANY, a Kansas corporation,    :
                                  :
        Defendants.             :
---------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Fifth Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

2. Defendants' Objections and Fifth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 12th day of April, 2013.

>*/s/ Gregory T. Wolf*
>**DENTONS US LLP**
>Gregory T. Wolf, KS Bar No. 17372
>Adam T. Pankratz, KS Bar No. 22613
>4520 Main Street, Suite 1100
>Kansas City, MO  64111
>Tel: 816-460-2400
>Fax: 816-531-7545
>Email: gregory.wolf@dentons.com
>Email: adam.pankratz@dentons.com
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, New York 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Gregory T. Wolf*
>Gregory T. Wolf, KS Bar No. 17372
>Adam T. Pankratz, KS Bar No. 22613
>DENTONS US LLP
>4520 Main Street, Suite 1100
>Kansas City, MO 64111
>Tel: 816-460-2428
>Fax: 816-531-7545
>E-mail: gregory.wolf@dentons.com