**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
RICK HARLOW, JON                            :
SCHOEPFLIN, MYRA LISA                       :
DAVIS, and JIM KOVAL,                       :
individually and on behalf of               :
a class of others similarly situated,       :
                                            :
                Plaintiffs,                 :
                                            :
        v.                                  :
                                            :  Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,                  :
a Kansas corporation,                       :
                                            :
and                                         :
                                            :
SPRINT/UNITED MANAGEMENT                    :
COMPANY, a Kansas corporation,              :
                                            :
                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Fourth Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set I; and

2. Defendants' Objections and Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set IV;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 24th day of April, 2013.

>*/s/ Gregory T. Wolf*
>**DENTONS US LLP**
>Gregory T. Wolf, KS Bar No. 17372
>Adam T. Pankratz, KS Bar No. 22613
>4520 Main Street, Suite 1100
>Kansas City, MO  64111
>Tel: 816-460-2400
>Fax: 816-531-7545
>Email: gregory.wolf@dentons.com
>Email: adam.pankratz@dentons.com
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, New York 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Rebekah L. Bailey
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> lukas@nka.com
> fisher@nka.com
> bailey@nka.com

> Respectfully submitted,
>
> */s/ Gregory T. Wolf*
> Gregory T. Wolf, KS Bar No. 17372
> Adam T. Pankratz, KS Bar No. 22613
> DENTONS US LLP
> 4520 Main Street, Suite 1100
> Kansas City, MO 64111
> Tel: 816-460-2428
> Fax: 816-531-7545
> E-mail: gregory.wolf@dentons.com