# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
---------------------------------  X
RICK HARLOW, JON                   :
SCHOEPFLIN, MYRA LISA              :
DAVIS, and JIM KOVAL,              :
individually and on behalf of      :
a class of others similarly situated, :
                                   :
             Plaintiffs,           :
                                   :
         v.                        :
                                   :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,         :
a Kansas corporation,              :
                                   :
and                                :
                                   :
SPRINT/UNITED MANAGEMENT           :
COMPANY, a Kansas corporation,     :
                                   :
             Defendants.           :
---------------------------------  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Seventh Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

2. Defendants' Objections and Seventh Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

    Stueve Siegel Hanson LLP
    Ashlea G. Schwarz
    Lee R. Anderson
    George A. Hanson
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    hanson@stuevesiegel.com
    ashlea@stuevesiegel.com
    anderson@stuevesiegel.com

    Nichols Kaster, PLLP
    Rebekah L. Bailey
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402
    lukas@nka.com
    fisher@nka.com
    bailey@nka.com

Respectfully submitted this 10th day of May, 2013.

    */s/ Gregory T. Wolf*
    **DENTONS US LLP**
    Gregory T. Wolf, KS Bar No. 17372
    Adam T. Pankratz, KS Bar No. 22613
    4520 Main Street, Suite 1100
    Kansas City, MO  64111
    Tel: 816-460-2400
    Fax: 816-531-7545
    Email: gregory.wolf@dentons.com
    Email: adam.pankratz@dentons.com

    */s/ Elise M. Bloom*
    **PROSKAUER ROSE LLP**
    Elise M. Bloom*
    Eleven Times Square
    New York, New York 10036
    Tel: 212-969-3410
    Fax: 212-969-2900
    (*Admitted *Pro Hac Vice*)

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Gregory T. Wolf*
>Gregory T. Wolf, KS Bar No. 17372
>Adam T. Pankratz, KS Bar No. 22613
>DENTONS US LLP
>4520 Main Street, Suite 1100
>Kansas City, MO 64111
>Tel: 816-460-2428
>Fax: 816-531-7545
>E-mail: gregory.wolf@dentons.com