**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RICK HARLOW, et al.,

               Plaintiffs,

v.                                      Case No. 08-cv-2222 KHV/DJW

SPRINT NEXTEL CORPORATION, et al.,

               Defendants.

## PLAINTIFFS' SECOND AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(B)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint") through one or more of their corporate representatives most knowledgeable about the topics listed herein. These depositions will take place on the dates and at the locations identified herein and will continue thereafter by adjournment until completed. The depositions will be taken before a notary public or other officer duly authorized to administer oaths and will be recorded stenographically and by video.

Sprint is obligated to designate one or more officers, directors, managing agents, or other persons most knowledgeable to testify about the topics set forth herein. Deponent(s) provided by Sprint shall be prepared to answer questions relating to:

1.     How Sprint identified the class members and generated the class lists produced in this action, and who participated in identifying the class members and generating the class lists.

This deposition occurred via written deposition.

2.      How Sprint's Business Direct Channel commission plans for transactional/hunter representatives and their managers (including hybrid managers) were interpreted and implemented by Sprint and what obligations the plans imposed on these selected business channel employees from January 1, 2006 through January 31, 2010.

This deposition as it relates to implementation will be conducted at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221, on Friday, May 31, 2013, commencing at 9:00 a.m. and continuing thereafter until adjournment.

This deposition as it relates to drafting and interpretation will be conducted at Brown and Meyers, 160 Pleasant Hill Road, Scarborough, ME 04074 on Wednesday, June 12, 2013, commencing at 9:30 a.m. and continuing thereafter until adjournment.

3.      An overview of Sprint's commissions department structure (who worked where, in what positions, doing what jobs, and when and who they reported to) for the Business Direct Channel, as it relates to transactional/hunter representatives and their managers (including hybrid managers) from January 1, 2006 through January 31, 2010.

This deposition occurred.

4.      Sprint's appeals and escalations process for Business Direct Channel transactional/hunter representatives and their managers (including hybrid managers) from January 1, 2006 through January 31, 2010 and any problems the appeals group observed regarding commissions to these Business Direct Channel employees.

This deposition occurred.

5.      The process in Sprint's Business Direct Channel of what happens to transactions from order entry through the payment of commissions for transactional/hunter representatives and their managers (including hybrid managers) from January 1, 2006 through January 31, 2010.

This deposition occurred.

6.      Sprint's policies and procedures for exceptions processing and management in Ensemble, G7L preprocessor, G8L, TruComp, and COS.   (See, e.g., February 28, 2012 deposition of Tim Rassette in *Sibley v. Sprint Nextel Corp.*, at 36-37.)

This deposition will be conducted at a specific location to be disclosed on a date mutually agreed to by the parties commencing at 9:00 a.m. and continuing thereafter until adjournment.

7.      Sprint's process for determining whether a match of records occurs in its commissions related systems between the order entry or inventory tracking systems and the customer billing systems, as specified in Sprint's Compensation Plans, from January 1, 2006 through January 31, 2010, for its Business Direct Channel employees.  This topic includes all systems, data, departments, and personnel involved in the matching process.

This deposition will be conducted at a specific location to be disclosed on a date mutually agreed to by the parties commencing at 9:00 a.m. and continuing thereafter until adjournment.

8.      The role of all departments tasked with processing or entering Business Channel related orders or crediting class members with specific transactions for purposes of commissions (including those tasked with "matching" sales transactions to particular representatives), such as the BSRO, GBRC departments, their predecessor or successor departments, as well as any third-parties who provided this service (such as Elite Wireless).  This also includes all systems and data involved in the process, and the processes used, from January 1, 2006 through January 31, 2010.

This deposition occurred with respect to part of this topic.  The remaining part of this topic will be conducted at a specific location to be disclosed on a date mutually agreed to by the parties commencing at 9:00 a.m. and continuing thereafter until adjournment.

9.      The storage and maintenance of SKU and SOC data, related to sales associated with the Business Direct Channel transactional/hunter representatives and their managers (including hybrid managers), the systems in which that data is used and kept, and the format of such data.

This deposition will be conducted at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221, on Friday, May 31, 2013, commencing at 9:00 a.m. and continuing thereafter until adjournment.

10.     Sprint's efforts to ensure that Business Direct Channel employees were paid accurate commissions, including the Comp Admin audit team, CPMO, Incentive Compensation Excellence PMO, Sales Operations Compensation Project, and the ACT PMO, and who took part in these task forces/projects, what they did, what findings and/or recommendations they made, and whether such findings and/or recommendations were implemented by Sprint from January 1, 2006 through January 31, 2010.

This deposition will be conducted at a specific location to be disclosed on a date mutually agreed to by the parties commencing at 9:00 a.m. and continuing thereafter until adjournment.

11.     Sprint's policies and practices relating to recoupment and recalculations for overpayments and underpayments in the Business Direct Channel from August 12, 2005 through January 31, 2010, and the maintenance of that information.

This deposition occurred.

12.     Sprint's problems, issues, or system complications from August 12, 2005 through January 31, 2010 that affected the proper tracking, calculation, and/or timely payment of commissions to transactional/hunter representatives and their managers (including hybrid managers) in the Business Direct Channel. The this topic includes information relating to any

problems associated with the process identified in Topic 5 relating to commissions, and the systems, personnel, and departments involved in that process.

This deposition occurred.

13.     Sprint's problems, issues, or system complications from August 12, 2005 to January 31, 2010 involving data scrubs and data feeds affecting the Business Direct Channel employees' commissions.

This deposition occurred.

14.     Sprint's problems, issues, or system complications from August 12, 2005 to the January 31, 2010 with class member-related identifiers (such as Agent Codes) and/or sales channel IDs that affected the accurate payment of commissions and resolution of appeals for Business Direct Channel employees.

This deposition occurred.

Dated:  <u>May 13, 2013</u>                  **STUEVE SIEGEL HANSON LLP**

<u>/s/Ashlea G. Schwarz</u>
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

<u>/s/Michele R. Fisher</u>
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
Email: bailey@nka.com
Alexander M. Baggio, MN Bar No. 0389912*
Email: abaggio@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:


Elise M. Bloom
Gregory I. Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
shurd@proskauer.com
jdorn@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Gregory T. Wolf
SNR Denton US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
gregory.wolf@snrdenton.com

Adam T. Pankratz
SNR Denton US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
adam.pankratz@snrdenton.com

Nathaniel M. Glasser
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
nglasser@proskauer.com


Dated: May 13, 2013

*/s/Ashlea G. Schwarz*
Counsel for Plaintiffs