## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK HARLOW, JON SCHOEPFLIN, and, MYRA LISA DAVIS, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br> Defendants. | Case No. 08-CV-2222-KHV/DJW |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, we served the foregoing **Plaintiffs' Fed. R. Civ. P. 26(a) Expert Disclosures** via email on following attorneys of record:

Elise M. Bloom
Gregory I. Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
shurd@proskauer.com
jdorn@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Gregory T. Wolf
SNR Denton US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111

| | |
|---|---|
| mbatten@proskauer.com | gregory.wolf@snrdenton.com |
| Adam T. Pankratz<br>SNR Denton US LLP<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111<br>adam.pankratz@snrdenton.com | Nathaniel M. Glasser<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>nglasser@proskauer.com |
| Ravinder S. Sandhu<br>Proskauer Rose LLP<br>1001 Pennsylvania Ave., Suite 400 S.<br>Washington, DC 20004<br>rsandhu@proskauer.com | |

Dated: August 5, 2013           */s/Ashlea G. Schwarz*
                                Attorney for the Class