IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
RICK HARLOW, JON                              :
SCHOEPFLIN, MYRA LISA                         :
DAVIS, and JIM KOVAL,                         :
individually and on behalf of                 :
a class of others similarly situated,         :
                                              :
                Plaintiffs,                   :
                                              :
        v.                                    :
                                              :  Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,                    :
a Kansas corporation,                         :
                                              :
and                                           :
                                              :
SPRINT/UNITED MANAGEMENT                      :
COMPANY, a Kansas corporation,                :
                                              :
                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, **Defendants' Fed. R. Civ. P. 26(a) Expert Disclosure** was electronically served via email on the following attorneys of record consistent with the parties' agreement and this Court's rules:

| | |
|---|---|
| Stueve Siegel Hanson LLP | Nichols Kaster, PLLP |
| Ashlea G. Schwarz | Rebekah L. Bailey |
| 460 Nichols Road, Suite 200 | Paul J. Lukas |
| Kansas City, Missouri 64112 | Michele R. Fisher |
| ashlea@stuevesiegel.com | Alexander M. Baggio |
| | 4600 IDS Center, 80 South 8th Street |
| | Minneapolis, Minnesota 55402 |
| | lukas@nka.com |
| | fisher@nka.com |
| | bailey@nka.com |
| | abaggio@nka.com |

1

Respectfully submitted this 5th day of August, 2013.

    */s/ Gregory T. Wolf*
Gregory T. Wolf, KS Bar No. 17372
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Tel: 816-460-2428
Fax: 816-531-7545
E-mail: gregory.wolf@dentons.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Stueve Siegel Hanson LLP | Nichols Kaster, PLLP |
| Ashlea G. Schwarz | Rebekah L. Bailey |
| George A. Hanson | Paul J. Lukas |
| 460 Nichols Road, Suite 200 | Michele R. Fisher |
| Kansas City, Missouri 64112 | Alexander M. Baggio |
| ashlea@stuevesiegel.com | 4600 IDS Center, 80 South 8th Street |
| hanson@stuevesiegel.com | Minneapolis, Minnesota 55402 |
| | lukas@nka.com |
| | fisher@nka.com |
| | bailey@nka.com |
| | abaggio@nka.com |

    */s/ Gregory T. Wolf*_____
    Attorney for Defendants