**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
RICK HARLOW, JON                              :
SCHOEPFLIN, MYRA LISA                         :
DAVIS, and JIM KOVAL,                         :
individually and on behalf of                 :
a class of others similarly situated,         :
                                              :
                Plaintiffs,                   :
                                              :
        v.                                    :
                                              :   Case No. 02:08-CV-02222-KHV/DJW
SPRINT NEXTEL CORPORATION,                    :
a Kansas corporation,                         :
                                              :
and                                           :
                                              :
SPRINT/UNITED MANAGEMENT                      :
COMPANY, a Kansas corporation,                :
                                              :
                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2013, I served via electronic mail true and correct copies of the following documents:

1.     Defendants' Objections and Sixteenth Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III; and

2.     Defendants' Objections and Seventeenth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set III;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>Alexander M. Baggio
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com
>abaggio@nka.com

Respectfully submitted this 24th day of September, 2013.

>*/s/ Gregory T. Wolf*
>**DENTONS US LLP**
>Gregory T. Wolf, KS Bar No. 17372
>4520 Main Street, Suite 1100
>Kansas City, MO  64111
>Tel: 816-460-2400
>Fax: 816-531-7545
>Email: gregory.wolf@dentons.com
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, New York 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>Alexander M. Baggio
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com
>abaggio@nka.com

>>Respectfully submitted,
>>
>>*/s/ Gregory T. Wolf*
>>Gregory T. Wolf, KS Bar No. 17372
>>DENTONS US LLP
>>4520 Main Street, Suite 1100
>>Kansas City, MO 64111
>>Tel: 816-460-2428
>>Fax: 816-531-7545
>>E-mail: gregory.wolf@dentons.com