**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RICK HARLOW, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 08-2222-KHV |
| SPRINT NEXTEL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MEMORANDUM AND ORDER

On August 3, 2018, plaintiffs filed Plaintiffs' Motion For Permission To Continue With The Settlement Notice Plan, And Report Regarding Mailing Of Settlement Postcards (Doc. #392). The motion seeks the Court's permission to send notices of settlement to class members and a final settlement hearing date. Id. at 1-2.

On July 3, 2018, the settlement administrator mailed settlement postcards to 3,919 class members. Plaintiffs' Memorandum In Support Of Motion for Permission To Continue With The Settlement Notice Plan, And Report Regarding Mailing Of Settlement Postcards (Doc. #393) filed August 3, 2018 at 3. The postcards allowed class members to provide class counsel updated contact information and informed class members of forthcoming notices of settlement and settlement checks. Notice Of Settlement (Doc. #391-1). The postcards did not require class members to take any action if they had received a postcard at the proper mailing address. Id.

Only 252 postcards were returned to the sender as undeliverable and 62 were returned with a forwarding address. Plaintiffs' Memorandum In Support Of Motion (Doc. #393) at 3-4. Class counsel obtained an updated address for 232 of the 252 undeliverable postcards. Id. at 4. The

administrator re-mailed these postcards and those with a forwarding address.  Id.  Class counsel received updated contact information from 85 class members, and 56 class members confirmed their current address.  Id. at 4.  For reasons stated above and in plaintiffs' memorandum in support of the motion, the Court sustains plaintiffs' motion.

**IT IS THEREFORE ORDERED** that Plaintiffs Motion For Permission To Continue With The Settlement Notice Plan, And Report Regarding Mailing Of Settlement Postcards (Doc. #392) filed August 3, 2018 is **SUSTAINED**.  Plaintiffs shall continue the notice plan as described in Settlement Agreement (Doc. #388-1) filed May 21, 2018.

**IT IS FURTHER ORDERED** that the Court shall hold a final settlement approval hearing on **Monday, December 10, 2018 at 10:30 a.m.**

Dated this 14th day of August, 2018 at Kansas City, Kansas.

>                s/ Kathryn H. Vratil
>                KATHRYN H. VRATIL
>                United States District Judge